BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00265-AWI-BAM |
| Plaintiff, | **PRELIMINARY ORDER OF FORFEITURE** |
| v. | |
| CLARK ALAN TYLER, | |
| Defendant. | |

Based upon the plea agreement entered into between United States of America and defendant Clark Alan Tyler, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253(a), defendant Clark Alan Tyler's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. SanDisk Cruzer thumb drive, seized from defendant by law enforcement on or about March 27, 2013;

   b. HP Pavilion desktop computer, seized from defendant by law enforcement on or about March 27, 2013;

   c. Computers compact discs, hard drives, or other storage devices containing visual depictions of minors engaged in sexually explicit conduct and defendant by law enforcement on or about March 27, 2013.

2. The above-listed assets constitute property which contain visual depictions mailed, shipped, or transported in violation of 18 U.S.C. § 2252(a)(2), or was used or intended to be used to

1  commit and to promote the commission of the aforementioned violation, all in violation of 18 U.S.C. §
2  2253.

3      3.    Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to
4  seize the above-listed property.  The aforementioned property shall be seized and held by the United
5  States Department of Homeland Security, Customs and Border Protection in its secure custody and
6  control.

7      4.    a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule
8  171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of
9  the Attorney General's (or a designee's) intent to dispose of the property in such manner as the
10 Attorney General may direct shall be posted for at least 30 consecutive days on the official internet
11 government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable,
12 provide direct written notice to any person known to have alleged an interest in the property that is the
13 subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

14     b. This notice shall state that any person, other than the defendant, asserting a legal
15 interest in the above-listed property, must file a petition with the Court within sixty (60) days from the
16 first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or
17 within thirty (30) days from receipt of direct written notice, whichever is earlier.

18     5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this
19 Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253(a), in which all interests will
20 be addressed.

IT IS SO ORDERED.

Dated:   December 5, 2013        _____
                                          SENIOR  DISTRICT  JUDGE

PRELIMINARY ORDER OF FORFEITURE                 2