JOHN F. GARLAND   #109293
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California  93721

Telephone:  (559) 497-6132
Facsimile:   (559) 579-1530

Attorney for Defendant,
CLARK ALAN TYLER

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLARK ALAN TYLER,<br><br>Defendant. | Case No. 1:13-CR-00265 AWI-BAM<br><br>**STIPULATION TO ADVANCE SENTENCING HEARING AND  ORDER THEREON**<br><br>**Date: January 21, 2014**<br>**Time:  10:00 a.m.**<br>**Courtroom Two**<br>**Honorable Anthony W. Ishii** |

Defendant, CLARK ALAN TYLER, through his counsel, John F. Garland and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Brian W. Enos, Assistant United States Attorney, hereby stipulate to advance the defendant's sentencing hearing from February 3, 2014 to **January 21**, **2014** at **10:00** a.m. United States Probation Officer Adrian Garcia agrees to the advanced sentencing hearing date.

Dated:  January 3, 2014                  /s/ John F. Garland
                                                              John F. Garland
                                                         Attorney for Defendant
                                                            Clark Alan Tyler

Dated: January 3, 2014                    Benjamin B. Wagner
                                                          United States Attorney

                                                          /s/ Brian W. Enos
                                                          BRIAN W. ENOS
                                                       Assistant U.S. Attorney

1

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing hearing for defendant CLARK ALAN TYLER is advanced to January 21, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  January 6, 2014

_____
SENIOR DISTRICT JUDGE