BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CLARK ALAN TYLER,<br><br>　　　　　　　　　　Defendant. | CASE NO. 1:13-CR-00265-AWI-BAM<br><br>**FINAL ORDER OF FORFEITURE** |

　　　WHEREAS, on December 6, 2013, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Clark Alan Tyler in the following property:

　　　a. SanDisk Cruzer thumb drive, seized from defendant by law enforcement on or about March 27, 2013;

　　　b. HP Pavilion desktop computer, seized from defendant by law enforcement on or about March 27, 2013;

　　　c. Computers compact discs, hard drives, or other storage devices containing visual depictions of minors engaged in sexually explicit conduct and defendant by law enforcement on or about March 27, 2013.

　　　AND WHEREAS, beginning on December 10, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to

petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Clark Alan Tyler.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   February 8, 2014                    _____
                                             SENIOR  DISTRICT  JUDGE

FINAL ORDER OF FORFEITURE                    2