

FILED
AUG 22 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLARK ALAN TYLER,<br><br>Defendant. | Case No. 1:13-cr-000265 AWI<br><br>**ORDER REGARDING DEFENDANT'S PRO SE REQUEST FOR COPIES OF THE TRANSCRIPTS OF HIS SENTENCING HEARING** |

On August 20, 2018, in this closed case, Defendant Clark Alan Tyler ("Tyler") filed his pro se document (Doc. No. 26), which the court has deemed a motion, requesting "your office provide me copies of the transcripts of my sentence hearing." Tyler states in his motion, "I claim 'In Forma Pauparis.'"

The court finds that Tyler has not established that he has filed an appeal from or collateral challenge to his conviction which is not frivolous and that the requested copies are necessary for a decision to be rendered on any such appeal or collateral challenge. *See* 28 U.S.C. § 753(f); *see also United States v. Connors*, 904 F.2d 535, 536 (9th Cir. 1990) ("Although Connors is indigent, he has not filed a habeas petition, and therefore is not entitled to copies of his trial transcript at government expense until he does so."); *United States v. Lucatero*, No. 05–cr–0443–WBS, 2007 WL 1747077, at *2 (E.D. Cal. June 18, 2007) ("The vast majority of courts have interpreted [28 U.S.C. § 753(f)] to mean that until a prisoner actually 'brings a proceeding under section 2255,' he is not entitled under § 753(f) to have costs for creating or copying such transcripts *or other documents* paid by the United States.") (emphasis added); 28 U.S.C. § 2250. Moreover, a defendant is not generally entitled to free copies of court documents in a closed case. *See United*

1

*States v. Chandler*, 220 F. Supp. 2d 165, 170 (E.D.N.Y. 2002); *see also Marsh v. Vegianelli*, No. 1:09-cv-01243-GSA-PC, 2012 WL 5505079, at *2 (E.D. Cal. Nov. 13, 2012) ("[T]he Clerk does not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. *See* 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees.")

Accordingly, Tyler's motion for copies of the transcripts of his sentencing hearing (Doc. No. 26) is denied without prejudice.

Dated: August 21, 2018

Anthony W. Ishii

Senior United States District Judge